# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

TYREE LAWSON,

               Petitioner

        v.

COURT OF COMMON PLEAS OF
MONTGOMERY COUNTY,
PENNSYLVANIA, JUDGE WILLIAM R.
CARPENTER,

               Respondent

: No. 58 MM 2022
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Assumption of Jurisdiction" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.